DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREA P. JOHNSON,**
Appellant,

v.

**JENNIFER CONSTANTIN,** Individually and as Personal Representative of
the Last Will and Testament of Sophia S. Johnson, dated August 16,
2010, **ALEXANDER L. CONSTANTIN, ANDREW G. CONSTANTIN,
MICHAEL A. JOHNSON** and **JUSTINE S. JOHNSON,**
Appellees.

No. 4D16-3354

[July 6, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit,
Indian River County; Victoria L. Griffin, Judge; L.T. Case No.
312016CP000230.

Michael G. Kissner, Jr. of Collins, Brown, Barkett, Garavaglia & Lawn,
Chartered, Vero Beach, for appellant.

Nicole M. Cotton of Nicole M. Cotton, P.A., Sebastian, for Appellee
Jennifer Constantin.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***